UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER MURRAY,

    PLAINTIFF,

v.                                                          CASE NO. 08-14366

COMMISSIONER OF SOCIAL SECURITY,    HONORABLE SEAN F. COX

    DEFENDANT.
_____/

## ORDER
## ACCEPTING AND ADOPTING REPORT & RECOMMENDATION

    Plaintiff brought this action under 42 U.S.C. §405(g) challenging a final decision of Defendant Commissioner denying his application for disability insurance benefits under the Social Security Act. Thereafter, both parties filed cross-motions for summary judgment, which were referred to Magistrate Judge Donald Scheer pursuant to 28 U.S.C. §636(b)(1)(B) & (C). On June 4, 2009, Magistrate Judge Scheer issued his R&R which recommends that Plaintiff's Motion for Summary Judgment be denied. It further recommends that Defendant's Motion for Summary Judgment be granted because the final decision of the Commissioner was supported by substantial evidence.

    Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within ten (10) days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

    The time for filing objections to the R&R has expired and the docket reflects that

Plaintiff has filed no objections to the R&R.

The Court hereby ADOPTS the June 4, 2009 R&R in its entirety. IT IS ORDERED that Plaintiff's Motion for Summary Judgment is DENIED and Defendant's Motion for Summary Judgment is GRANTED. IT IS FURTHER ORDERED that Plaintiff's Complaint be DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                              S/Sean F. Cox
                              Sean F. Cox
                              United States District Judge

Dated: June 25, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 25, 2009, by electronic and/or ordinary mail.

                              S/Jennifer Hernandez
                              Case Manager